IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 98-40473
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEJANDRO LICEA CERDA,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-306-1

---

December 23, 1998

Before JOHNSON, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Alejandro Licea Cerda appeals his sentence imposed by the district court following his guilty plea conviction for being a felon in possession of a firearm. Cerda's sole argument on appeal is that the district court erred in applying the enhancement provision found in section 2K2.1(b)(5) of the Sentencing Guidelines. He contends that his possession of a firearm was not "connected to" his possession of cocaine, both of which were found in his vehicle. After a thourough review of the record and the applicable law of this Circuit, we hold that the district court did not err in applying section 2K2.1(b)(5).

---

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

See United States v. Condren, 18 F.3d 1190, 1195-1200 (5th Cir. 1994).

AFFIRMED.